UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Isabel C. Balboa, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002**

Order Filed on October 22, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

**WARREN E. ANDRESS, JR.**
                                    **Debtor.**

Case No. 19-28139 (JNP)

Judge: Jerrold N. Poslusny, Jr.

# ORDER ALLOWING CASE TO CONTINUE AND IMPOSING 180-DAY BAR ON FUTURE FILINGS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 22, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor:  Warren E. Andress, Jr.
Case No. 19-28139 (JNP)
Caption of Order:  Order Allowing Case to Continue and Imposing 180-Day Bar on Future Filings

This matter being opened by the Court upon an Order to Show Cause for Failure to Pay Installment Fee, and the Chapter 13 Trustee having filed a response in support of dismissal of Debtor's case; and for good shown:

**IT IS ORDERED** that Case No. 19-28139 (JNP) is hereby allowed to continue; and

**IT IS FURTHER ORDERED** that if the Debtor's instant Chapter 13 case should be dismissed, such dismissal shall be with prejudice and Debtor shall be barred from filing for bankruptcy protection, under any chapter, for a period of 180 days from the date of dismissal.