UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE***
**Isabel C. Balboa, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

In Re:

**WARREN E. ANDRESS, JR.**

                                                            **Debtor.**

**Order Filed on October 22, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No. 19-28139 (JNP)

Judge:  Jerrold N. Poslusny, Jr.

## ORDER ALLOWING CASE TO CONTINUE AND IMPOSING 180-DAY BAR ON FUTURE FILINGS

        The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 22, 2019**

_____

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor:  Warren E. Andress, Jr.
Case No. 19-28139 (JNP)
Caption of Order:  Order Allowing Case to Continue and Imposing 180-Day Bar on Future Filings

This matter being opened by the Court upon an Order to Show Cause for Failure to Pay Installment Fee, and the Chapter 13 Trustee having filed a response in support of dismissal of Debtor's case; and for good shown:

**IT IS ORDERED** that Case No. 19-28139 (JNP) is hereby allowed to continue; and

**IT IS FURTHER ORDERED** that if the Debtor's instant Chapter 13 case should be dismissed, such dismissal shall be with prejudice and Debtor shall be barred from filing for bankruptcy protection, under any chapter, for a period of 180 days from the date of dismissal.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-28139-JNP
Warren E. Andress, Jr.                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Oct 22, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2019.
db              +Warren E. Andress, Jr.,    338 Jefferson Avenue,    Magnolia, NJ 08049-1031

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2019 at the address(es) listed below:
        Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
        Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
        Lee Martin Perlman    on behalf of Debtor Warren E. Andress, Jr. ecf@newjerseybankruptcy.com,
        mcdoherty@ecf.courtdrive.com
        Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 5