Form oavolssn – oavolssnv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                       Case No.: 19–28139–JNP
                       Chapter:  13
                       Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Warren E. Andress Jr.
   aka Warren E. Andress
   338 Jefferson Avenue
   Magnolia, NJ 08089

Social Security No.:
   xxx–xx–4934

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO VOLUNTARY PETITION AND/OR
## STATEMENT ABOUT YOUR SOCIAL SECURITY NUMBERS

    The Court having noted that the debtor filed an Amendment To Voluntary Petition and/or Statement About Your Social Security Numbers on January 13, 2020, and for good cause shown, it is

    ORDERED that the debtor must serve a copy of this Order and the Amendment To Voluntary Petition or Statement About Your Social Security Numbers on all creditors and/or parties−in−interest and the trustee in the case, if any, not later than 7 days after the date of this Order.

    It is further ORDERED that not later than 7 days after the date of this Order, the debtor must file the Local Form, Certification of Service, certifying compliance with the above requirements.

    It is further ORDERED that the creditors and/or parties−in−interest and the trustee have:

    1. until the original deadline, if any, fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

    2. until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later;

    3. until the original deadline fixed by the Court to object to exemptions, or 30 days from the date of this Order, whichever is later.

Dated: January 14, 2020
JAN: eag

                                               <u>Jerrold N. Poslusny Jr.</u>
                                               United States Bankruptcy Judge